UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THEODORE KNATT

VERSUS

OCHSNER HEALTH SYSTEM

CIVIL ACTION

NO. 20-841-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 10) dated April 14, 2021, to which no objection was filed,

**IT IS ORDERED** that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m) (R. Doc. 7) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Ochsner Clinic Foundation are DISMISSED WITHOUT PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 30, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**